Michael H. P. O'DWYER, Appellant, v. John R. CRANOR, Superintendent of the Washington State Penitentiary, at Walla Walla, Washington, Appellee.

No. 13758.

United States Court of Appeals Ninth Circuit.

Aug. 24, 1953.

Michael H. P. O'Dwyer, in pro. per.

Don Eastvold, Atty. Gen., and Cyrus A. Dimmick, Asst. Atty. Gen., of Wash., for appellee.

Before MATHEWS, HEALY and BONE, Circuit Judges.

PER CURIAM.

This appeal is from an order denying a petition of appellant, Michael H. P. O'Dwyer, for a writ of habeas corpus. No error appearing, the order is affirmed.

BLAKE & KENDALL COMPANY, Petitioner for Review, v. COMMISSIONER OF INTERNAL REVENUE.

No. 3438.

Circuit Court of Appeals, First Circuit.

Jan. 23, 1940.

The decree of this court of June 13, 1939, 104 F.2d 679, is hereby vacated.